Tomás Pérez Sales, recurrente, *v.* El Registrador de la Propiedad de Mayagüez, Lic. A. Ramírez Silva, Registrador Sustituto, recurrido.

No. 948.—*Sometido:* Marzo 4, 1935. *Resuelto:* Abril 10, 1935.

*José Sabater,* abogado del recurrente; el registrador recurrido compareció por escrito.

El Juez Asociado Señor Hutchison, emitió la opinión del tribunal.

El registrador de la propiedad se negó a inscribir un documento notarial que envolvía la distribución y adjudicación de ciertas parcelas de terreno, fundado entre otras razones en que no se había presentado el recibo de la contribución sobre herencia. El recurrente no trata de obtener que se revise este aspecto de la nota, pero insiste en que otros fundamentos especificados por el registrador eran defectos subsanables y que la escritura debió haberse inscrito sujeta a tales defectos.

El artículo 379 del Código Político (Estatutos Revisados de 1911, sección 3086) expresamente dispone que ningún registrador inscribirá instrumento alguno, en relación con la división, distribución o entrega de los bienes de ningún

fallecido, a menos que se haya presentado y exhibido el recibo o los recibos especiales provistos en el artículo anterior. Ante tal disposición estatutaria, la negativa del registrador a inscribir el documento en cuestión difícilmente podría ser revocada aún si se admitiera que la contención del recurrente es correcta respecto a la naturaleza subsanable de los defectos que discute en su alegato. Por tanto, no es necesario que resolvamos las cuestiones así suscitadas.

*Debe confirmarse la nota recurrida.*